UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:24-cv-60570-LEIBOWITZ

**RUDOLPH BETANCOURT**,

    *Plaintiff*,

*v.*

**DANI-NICO II and AEJ DISTRIBUTION LLC d/b/a AMY'S FRENCH BAKERY,**

    *Defendants.*

_____/

## ORDER

Before the Court is Defendants' Unopposed Motion for Extension of Time to Respond to Plaintiff's Complaint [ECF No. 9] filed on May 8, 2024.  Upon due consideration, it is

**ORDERED AND ADJUDGED** the Motion [**ECF No. 9**] is **GRANTED IN PART.** Defendant shall file its response to Plaintiff's Complaint [ECF No. 1] **no later than May 27, 2024**.

**DONE AND ORDERED** in the Southern District of Florida on May 13, 2024.



DAVID S. LEIBOWITZ
UNITED STATES DISTRICT JUDGE

cc:    counsel of record