UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

RUDOLPH BETANCOURT,
    Plaintiff,
vs.

DANI-NICO II, INC and AEJ
DISTRIBUTION LLC d/b/a AMY'S
FRENCH BAKERY,
    Defendant(s).

Case No: 24-cv-60570-DSL

## JOINT NOTICE OF SETTLEMENT IN PRINCIPLE

Plaintiff, RUDOLPH BETANCOURT, and Defendants, DANI-NICO II, INC and AEJ DISTRIBUTION LLC d/b/a AMY'S FRENCH BAKERY, by and through their respective undersigned counsel, hereby notify the Court that the Parties have reached a settlement in principle. The Parties are in the process of memorializing their agreement and finalizing their settlement documents.

    Respectfully submitted,

| | |
|---|---|
| s/ Glenn R. Goldstein | s/ Jesse Unruh |
| Glenn R. Goldstein (FBN: 55873) | Jesse Unruh, Esquire (FBN: 93121) |
|   *Attorney for Plaintiff* |   *Attorney for Defendants* |
| Glenn R. Goldstein & Assoc., PLLC | Spire Law, PLLC |
| 8101 Biscayne Blvd., Ste. 504 | 2572 W. State Road 426, Suite 2088 |
| Miami, Florida 33138 | Oviedo, Florida 32765 |
| 561.573.2106 | (407) 494-0135 |
| GGoldstein@G2Legal.net | jesse@spirelawfirm.com |
| | margarita@spirelawfirm.com |
| s/ Lauren N. Wassenberg | filings@spirelawfirm.com |
| Lauren N. Wassenberg (FBN: 34083) | |
|   *Attorney for Plaintiff* | |
| Lauren N. Wassenberg & Assoc., P.A. | |
| 33 SE 4th St., Ste. 100 | |
| Boca Raton, FL 33432 | |
| 305-804-5435 | |
| WassenbergL@gmail.com | |